Lawrence Berenson, as and Only as Receiver of Vasquez, Correas & Co., Inc., Respondent, v. The Farmers' Loan and Trust Company, Appellant.— Order modified by granting preference only over the issues noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. Herbert Wolfe and Another, Copartners, etc., Appellants, v. Farbwerke-Hoechst Company, Respondent.— Order modified as indicated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The Bank of United States, Appellant, v. Henry Witty and Another, Copartners, etc., Respondents.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louis Lustig, Plaintiff, v. Universal Exchange Bank, Also Known as Henry J. Schnitzer State Bank, Appellant, Impleaded with Alexander Silun, Respondent.— Order modified by requiring defendant, appellant, to separately state the defense and the counterclaim, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sophia A. Untermeyer, Appellant, v. Milton F. Untermeyer, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Henry L. Meyer, Respondent, v. Hudson Trust Company and Another, as Executors and Trustees under the Last Will and Testament of Anton H. Meyer, Deceased, Appellants.— Order so far as appealed from modified by striking out the provision for payment to plaintiff's attorneys of a counsel fee and by allowing only reasonable traveling expenses, and as so modified affirmed, without costs. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.

Rosa Rosenfeld, Respondent, v. Hyman Aaron, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

New York Trust Company, as Trustee, etc., v. Irwin Leasing Co., Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Frederick Lemmert v. Phil Rothman.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

E. Candia & Co., Inc., v. Thomas Rubin.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Abraham Rosen v. Morris Bruckenfeld.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Harry Fischman v. Sheriff of the County of New York.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.